# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: APRIL 9, 2008

NAME OF SERVER (PRINT): SEAN S. YOUNG

TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 100 Church St Corporation Counsel, New York 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/24/08

Signature of Server: [signed] Sean S. Young

Address of Server: 32 Court Street Suite 707 Bklyn NY 11201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.