UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

KETON HENRY,

                                                Plaintiff,              NOTICE OF APPEARANCE

            -against-                                      08 CV 3465 (BSJ)

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, Capt. John Vasek, Det Rentas, Det.
Michael Garrity, and P.O. WILLIAMS,

                                              Defendants.

------------------------------------------------------------------- x

       PLEASE TAKE NOTICE that Barry Myrvold, Assistant Corporation Counsel, of the Office of the Corporation Counsel of the City of New York, hereby appears as counsel for the defendants CITY OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT.

Dated:        New York, New York
                April 25, 2008

                                                           Respectfully submitted,

                                                           MICHAEL A. CARDOZO
                                                           Corporation Counsel of the
                                                             City of New York
                                                             *Attorney for Defendant*
                                                            CITY OF NEW YORK and NEW YORK
                                                            CITY POLICE DEPARTMENT
                                                            100 Church Street, Room 3-162
                                                            New York, New York 10007
                                                            (212) 788-9391 (phone)
                                                            (212) 788-9776 (fax)
                                                            bmyrvold@law.nyc.gov

                                                            By: _____
                                                                 Barry K. Myrvold

TO:    William T. Martin            By ECF
         *Attorney for Plaintiff*