UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
KETON HENRY,

                                **Rules 26 (a) (1) DISCLOSURE**
        Plaintiff,                       08-CV-3465 (BSJ) (MHD)

THE CITY OF NEW YORK, et. al.

        Defendant
-------------------------------------------------------x

### PLAINTIFF'S INITIAL DISCLOSURES PRIOR TO DISCOVERY

Pursuant to Rule 26 (a)(1) of the Federal Rules of Civil Procedure, plaintiff Keton Henry, by and through his attorneys of record, provide his Initial Disclosures and states as follows:

**A. Persons Likely To Have Discoverable Information:**

1. Honorable Margaret Clancy
2. Det. Rentas
3. Det. Micheal Garrity
4. Capt. John Vasek
5. P.O WIlliams
6. Henrietta Henry
7. Rodney Evans
8. Darryle Boyd
9. Shawn Riley, ESQ
10. Kin Wai Fung
11. Elizabeth Vasquez
12. Jessica Archentera
13. Lisa Hoyas, ESQ
14. Eric Mazariegas
15. Jeff (Plaintiff's Employer)
16. ADA Erica Weissberg
17. ADA Felicity Lung

These individuals are believed to have information regarding the circumstances underlying plaintiff's claims. All request to communicate with the plaintiff, must be direct to, and approved by, plaintiff's counsel.

Plaintiff is not aware of other persons likely to have discoverable knowledge. Plaintiff will continue its pre-trial investigation and supplement its Initial Disclosures, or respond to pre-trial discovery request, as appropriate.

**B. Potential Relevant Documents In the Custody of Plaintiff**

1. Police Reports, Grand Jury minutes, Wade hearing minutes

**C. COMPUTATION OF CATEGORIES OF DAMAGES**

1. Compensatory Damages
2. Punitive Damages

**D. The Contents Of Any Pertinent Insurance Agreement**

1. Plaintiff request that the defendants provide a complete copy of the claim submitted to Commercial Insurance under a Not-for-Profit Liability Policy not in connection with this action.

### E. Amendments

Be advised that the responses set forth herein are made without waiving:

1. the right to the object on the grounds of competency, privilege, relevancy, materiality or any other proper ground to the use of material produces herein, for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action;

2. the right to object on any and all proper grounds, at any time, to discovery requests or other discovery procedures involving or relating to the subject matter addressed herein; and,

3. the right at any time to revise, correct, modify, supplement, or clarify, any of the responses provided herein.

Dated: Brooklyn New York
       June 11, 2008

Respectfully submitted

William T. Martin, Esq.
Attorney for Plaintiff
32 Court St. Ste. 707
Brooklyn, New York 11201
(718) 625 – 2537

To: THE CITY OF NEW YORK
    Law Department
    Attorneys for Defendant
    100 Church St.
    New York, N.Y. 10007