UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
KETON HENRY,
:
              Plaintiff,    :          **ORDER**
:
    -against-                   08 Civ. 3465 (BSJ)(MHD)
:
THE CITY OF NEW YORK, et al.,
:
              Defendants.
:
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

      It is hereby **ORDERED** that the pretrial conference scheduled in the above-captioned action on FRIDAY, JULY 30, 2008 at 2:00 PM has been rescheduled for **MONDAY, SEPTEMBER 8, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:**  New York, New York
        July 30, 2008

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

William Theodore Martin, Esq.
William T. Martin & Associates
32 Court Street
Suite 707
Brooklyn, NY 11201

Barry K. Myrvold, Esq.
Corporation Counsel, City of New York
100 Church Street
New York, NY 10007