```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                               :
ROBERT E. JOHNSON,             :
                               :
              Plaintiff,       :      ORDER
                               :
         -against-             :      08 Civ. 4365 (SHS)(MHD)
                               :
DETECTIVE SKIP MANAIN et al.,  :
                               :
              Defendants.      :
                               :
-------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A pre-trial telephone conference having been held with plaintiff and defendants' counsel on today,

It is hereby **ORDERED** as follows:

1. All fact discovery is to be completed by **December 31, 2008**.

2. The parties are to submit a joint pre-trial order by **February 16, 2009**, unless a potentially dispositive motion has been served by that date. To accomplish this, plaintiff is to provide his portion of the joint pre-trial order (including a statement of his claims, a list of his contentions of fact, a list of his trial witnesses, and a list of trial exhibits) to defendants' counsel by no later than **January 16, 2009**. Defendants are to provide the equivalent information to plaintiff by no later than **January 30,**

**2009.** Defendants' counsel is to meet with plaintiff in an attempt to agree on stipulations of fact and admissibility of exhibits by no later than **February 9, 2009.** Defendants' counsel is to arrange for the preparation of the final version of the joint pre-trial order and its signing and submission to the Court.

Dated: New York, New York
       September 5, 2006

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

A copy of the foregoing Order has been sent today to:

Mr. Robert E. Johnson
Dutchess County Jail
150 North Hamilton Street
Poughkeepsie, NY 12602

David Lewis Posner, Esq.
McCabe & Mack LLP
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602