NYC 786

COMPLAINT - FOLLOW UP
INFORMATIONAL
PD313-081A (Rev. 4-89)-21

| | |
|---|---|
| Date of Orig. Report | 07-07-06 |
| Date Assigned | 07-07-06 |
| Crime | Robbery |
| Case No. | 325 |
| Pct | 043 |
| Unit Reporting | 43 RAM |
| UCR No. | 9085 |
| Date of This Report | 07-08-06 |

Victim's N.O.I.
Fung, Kin, Wai
9-B-B-

Perpetrators

AREA WITHIN BOX FOR DETECTIVE / LATENT FINGERPRINT OFFICER ONLY. THIS BOX WILL BE UTILIZED BY INVESTIGATOR WHENEVER, POSSIBLE AND MUST BE FULLY COMPLETED WHEN USING THIS FORM TO CLOSE A CASE "NO RESULTS"

Crime scene Visited: ☒ Yes ☐ No
If Yes- Make Entry in Body Re: Time, Date, Evidence Obtained
on 07-07-06 at the 43 Ram by SG Morris

☐ C-1 Improper Referral ☐ C-2 Inaccurate Facts ☐ C-3 No Evidence / Can't ID ☐ C-4 Uncooperative Complainant ☐ C-5 "Leads" Exhausted

DETAILS: Investigation: Robbery
Subject: Interview Complainant

1. On 07/07/06 the undersign was informed by Sgt. Morris that complainant Kin Wai Fung was robbed in front of 1221 White Plains Road. Sgt. Morris did show a Photo Array of NYSID#2447010-K, Keton Henry to the complainant and he ID perp#2 in the Photo array as the person that robbed him.

2. On 07/08/06 at approximately 20:00hrs the undersign did call Mr. Kin Wai Fung, ████ and he stated the following: Complainant stated that he was walking home from work when he entered his building located at 1221 White Plains road, perp grabbed him by the shirt and demanded his money and cell phone saying "Give me your money" and let me get your cellphone. Complainant handed over money and when he called for help suspect punched him in the face several times causing a physical injury. Suspect dropped money while fleeing. Canvass was conducted with the complainant and the results were results.

3. The undersign did submit a wanted card for the above perp that was picked out in the photo array.

4. The undersign did review all 911 call and revealed only one call by complainant.

5. The undersign along with Det Mcmann did canvas for surveillance cameras in the area of 1221 White Plains and 880 Colgate ave for perp in the area of 880 Colgate ave apartment 2K, knock on the door no answer. Road negative result.

6. The undersign did canvas for perp in the area of 880 Colgate ave apartment 2K, knock on the door no answer.

7. Case Active

CASE ☒ ACTIVE ☐ CLOSED

REPORTING OFFICER RANK Detective

NAME PRINTED RENTAS, ROBERT
TAX REG. NO. 905549
COMMAND 043

LONG PINK
1st COPY CRIMINAL RECORDS SECTION
2nd COPY UNIT REFERRED TO
3rd COPY BOROUGH ROBBERY SQUAD